IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| TIMOTHY L. BERTSCHY, AS RECEIVER FOR VCN CELECT.ORG, VCOMM NETWORKS OF CANADA, INC., AND KEYOP EXERCISE, INC. | ) ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No. 13-cv-2057 ) ) |
| ANTHONY ROTH, GERARD MCGORIAN, RICHARD D. MILLER, MARK ANDERSON, OPTIMUM INTERACTIVE (USA), LTD., LARRY WILLARD and AARON WALKER, | ) ) ) ) ) ) |
| Defendants. | ) ) |

## STATUS UPDATE

The Receiver provides the following update and a proposed Order on the Receiver's Motion to Approve Settlement Between the Receiver, Anthony Roth, Gerard McGorian, Richard D. Miller, Mark Anderson, Larry Willard, Aaron Walker and Optimum Interactive (USA), Ltd. (ECF No. 81) (the "Directors and Officers Settlement Motion").  As set forth below, the sole contingency requiring a delay in the submission of a proposed Order on the Directors and Officers Settlement Motion has now been resolved.

The Receiver previously advised the Court (see Receiver's prior Status Update, filed August 7, 2015 (ECF No. 82)) that the settlement reflected in the Directors and Officers Settlement Motion is contingent upon two other settlements in separate, related cases:  (1) the settlement between the Receiver, Caught in the Crossfire, LLC and Richard D. Miller, as set forth

in the Receiver's Motion to Approve Settlement Between the Receiver, Caught in the Crossfire, LLC and Richard D. Miller (ECF No. 254 in Case No. 11-CV-02079) (the "CITC Settlement"); and (2) the settlement between the Receiver and Anthony Roth (ECF No. 61 in Case No. 13-CV-1298).

It is the Receiver's understanding that, pursuant to that certain Declaration of Rosendo Gonzalez (attached hereto as Exhibit A), filed in the United States Bankruptcy Court for the Central District of California, Los Angeles Division (the "LA Bankruptcy Court") in the bankruptcy matter, Case No. 12-bk-43165 (the "Bankruptcy Case"), and LA Bankruptcy Court Local Rule 9013-1(o)(1), no further action is necessary to effectuate the CITC Settlement in the Bankruptcy Case. No other contingency remains with respect to the Directors and Officers Settlement Motion.

Accordingly, the Receiver hereby submits a proposed Order, attached hereto as Exhibit B, for this Court's consideration. The attorneys for Anthony Roth, Gerard McGorian, Richard D. Miller, Mark Anderson, Larry Willard, Aaron Walker and Optimum Interactive (USA), Ltd. have reviewed and indicated they have no objection to the proposed Order.

Gregory J. Rastatter

By:_____s/Gregory J. Rastatter_____
Heyl, Royster, Voelker & Allen
300 Hamilton Blvd., PO Box 6199
Peoria, Illinois 61601
Telephone: 309.676.0400
Facsimile: 309.676.3374
ARDC #6280965

CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2015, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Central District of Illinois, using the electronic filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

_____s/Gregory J. Rastatter_____
Gregory J. Rastatter

28377837_1