IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| TIMOTHY L. BERTSCHY, AS RECEIVER FOR VCN CELECT.ORG, VCOMM NETWORKS OF CANADA, INC., AND KEYOP EXERCISE, INC. | ) ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No. 13-cv-2057 ) ) |
| ANTHONY ROTH, GERARD MCGORIAN, RICHARD D. MILLER, MARK ANDERSON, OPTIMUM INTERACTIVE (USA), LTD., AARON WALKER, GREGORY G. ROTH and KAREN M. ROTH, | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**ORDER**

The Court having found that notice of the Receiver's Motion to Voluntarily Dismiss as to Count I of the First Amended Complaint (Gregory G. Roth and Karen M. Roth), and the opportunity for any party in interest to object to the settlement proposed therein having been adequate as to all parties affected or to be affected; and the legal and factual bases set forth in said motion establish just cause for the relief granted herein;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1.  The Motion to Voluntarily Dismiss as to Counts I of the First Amended Complaint (Gregory G. Roth and Karen M. Roth) (ECF No. 87) is GRANTED;

2. Count I of the Receiver's First Amended Omnibus Complaint for Monies Owed to Receivership (ECF No. 63) as to Defendants Gregory G. Roth and Karen M. Roth is hereby dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2);

3. Each party is to bear its own costs; and

4. This order pertains to Count I of the First Amended Omnibus Complaint for Monies Owed to Receivership (ECF No. 63) and to Defendants Gregory G. Roth and Karen M. Roth only; no other claims or Defendants shall be affected by this Order.

IT IS SO ORDERED this 14th day of October 2015.

/s/ Michael M. Mihm
UNITED STATES DISTRICT JUDGE